**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TARANEH SABERI SHAHRBABAKI,<br><br>PLAINTIFF,<br><br>vs.<br><br>MARKWAYNE MULLIN, SECRETARY OF U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>DEFENDANTS. | ) | CASE NO. 4:26-cv-00241-MJH<br><br>JUDGE MICHAEL J. HENDERSHOT<br><br>JUDGMENT ENTRY |

For the reasons stated in the Court's contemporaneously filed Opinion and Order, Plaintiff Shahrbabaki's claims are **dismissed** as moot. This case is closed, and all outstanding motions are **dismissed** as moot.

**SO ORDERED**

Dated: November 19, 2026

*s/ Michael J. Hendershot*
**HON. MICHAEL J. HENDERSHOT**
**UNITED STATES DISTRICT COURT**